■ In the Matter of Chico F. Gibbons, a Disbarred Attorney. [753 NYS2d 365] —Respondent's motion for reconsideration denied. No opinion. Concur—Mazzarelli, J.P., Ellerin, Lerner, Rubin and Marlow, JJ.